## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| CHRISTINE WALDRUP CALLOWAY, KENNETH EDWARD WALDRUP, JR., and TANISHA WALDRUP PIKE, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No.1:17-cv-01717-JEO |
| METLIFE SECURITIES, INC., | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, Defendant's motion to dismiss (doc. 30) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

**DONE**, this the 10th day of October, 2018.

*/s/ John E. Ott*

_____
**JOHN E. OTT**
Chief United States Magistrate Judge